Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 601-1309
Email: craigabrandt@att.net

Xhavin Sinha (SBN 309340)
SINHA LAW
2445 Augustine Drive, Suite 150
Santa Clara, CA 95054
Telephone: (408) 791-0432
Email: xsinha@sinha-law.com

Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA MANTEL & FIREPLACE, INC., a California corporation; STEPHEN J. CASEY, an individual; CORY CASEY, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00012-WBS-CKD<br><br>**JOINT CASE STATUS REPORT AND ORDER**<br><br>Judge: Honorable William B. Shubb<br>Date: April 13, 2020<br>Time: 1:30 p.m.<br>Crtrm: 5, 14th Floor |

　　　　The parties to the above-entitled action jointly submit this JOINT REPORT AND PROPOSED ORDER. In light of the current on-going situation with the COIVD-19 shelter in place orders, the parties are close to resolving this matter, and appear to have the matter resolved awaiting final approval from all Parties. The Parties would like to request a stay on the case for 30 days.

**1**

JOINT CASE STATUS REPORT AND ORDER

Dated: March 30, 2020                               Respectfully,


                                                    By: __/S/ Xhavin Sinha_____
                                                         Xhavin Sinha
                                                        Attorney for Plaintiff



Dated: March 30, 2020


                                                    By: __/S/ John Epperson_____
                                                         John Epperson
                                                        Attorney for Defendants

# ORDER

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that any and all existing deadlines and obligations in this case, including the service and filing of responsive pleadings, are vacated, and by April 30, 2020, EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, and CALIFORNIA MANTEL & FIREPLACE, INC., STEPHEN J. CASEY, and CORY CASEY are to file a stipulation to dismiss with prejudice and proposed order, or a Notice that the case will proceed with proposed new case-related deadlines. The Scheduling Conference is continued from April 13, 2020 to **June 22, 2020 at 1:30 p.m.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE