Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 601-1309
Email: craigabrandt@att.net

Xhavin Sinha (SBN 309340)
SINHA LAW
2445 Augustine Drive, Suite 150
Santa Clara, CA 95054
Telephone: (408) 791-0432
Email: xsinha@sinha-law.com

Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA MANTEL & FIREPLACE, INC., a California corporation; STEPHEN J. CASEY, an individual; CORY CASEY, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00012-WBS-CKD<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ODER OF DISMISSAL**<br><br>Judge: Honorable William B. Shubb |

　　　　Plaintiff Eden Environmental Inc., and Defendants California Mantel & Fireplace, Inc., Stephen J. Casey, and Cory Casey, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that in light of the on-going COVID-19 pandemic, this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**1**

STIPULATION OF DISMISSAL [FRCP 41(a)] AND PROPOSED ORDER OF DISMISSAL

Parties shall mutually release the other party and any and all of their respective successors, assigns, affiliates, subsidiaries, partners, officers, directors, employees, agents, representatives, members, managers, principals, and Insurers, from all claims that arise from, relate to, or are in any way connected with this action. This release shall include a waiver of the rights and benefits enumerated in Section 1542 of the Civil Code of the State of California.

Dated: April 10, 2020                     Respectfully,

                                          By: __/S/ Xhavin Sinha_____
                                                Xhavin Sinha
                                              Attorney for Plaintiff

Dated: April 10, 2020

                                          By: __/S/ John Epperson_____
                                                John Epperson
                                            Attorney for Defendants

**ORDER**

ORDER OF DISMISSAL Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs and mutually releasing the other party from any future claims related to this action including any claims each party have or may have under Section 1542 of the Civil Code of the State of California. The Clerk is directed to close the file. The court commends counsel and their respective clients for acting responsibly and placing the best interests of the public above their own personal gain in this difficult time.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL [FRCP 41(a)] AND PROPOSED ORDER OF DISMISSAL